■ Essex Refining Corporation v Home Insurance Company—Motion, insofar as it seeks reargument, denied; and motion, insofar as it seeks leave to appeal to the Court of Appeals, granted and this court, pursuant to CPLR 5713, states that questions of law have arisen which ought to be reviewed by the Court of Appeals. Concur—Stevens, P. J., Markewich, Murphy, Capozzoli and Lane, JJ.

## (July 8, 1976)

■ Isidore Lipschutz et al., Respondents, v J. Simpson & Co., Inc., et al., Appellants.—Order, Supreme Court, New York County, entered on April 21, 1976, granting to six of the eight plaintiffs herein, an order of attachment, unanimously affirmed. Respondents shall recover of appellants $40 costs and disbursements of this appeal. There are sufficient evidentiary facts to make out a prima facie case in support of the attachment. No valid reason has been shown by the appellants to justify a vacatur of same. Concur—Stevens, P. J., Markewich, Murphy, Capozzoli and Nunez, JJ.